IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRANDY BLAKE,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES DISTRICT COURT OF NEBRASKA,<br><br>    Defendant. | 8:25CV133<br><br>**MEMORANDUM AND ORDER** |

  On March 4, 2025, the Court ordered Plaintiff Brandy Blake to pay the $405.00 filing and administrative fees or file a request for leave to proceed in forma pauperis within 30 days or face dismissal of this action. Filing No. 5. To date, Plaintiff has not paid the fees, submitted a request for leave to proceed in forma pauperis, or taken any other action in this matter.

  IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders. The Court will enter judgment by a separate document.

  Dated this 10th day of April, 2025.

                     BY THE COURT:

                     Joseph F. Bataillon
                     Senior United States District Court